## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | |
| v. | CRIM. No. 21-cr-00395-RAM |
| OLUWASEGUN BAIYEWU | |
| Defendant | |

### Rule 12(4)(B) MOTION FOR DESIGNATION OF EVIDENCE

TO THE HONORABLE COURT:

Defendant Oluwasegun Baiyewu, through his undersigned attorneys, and respectfully prays and requests:

1. The discovery in this case is quite voluminous. It is even difficult for these two attorneys to ascertain what specific evidence does the government have to charge Mr. Baiyewu that meets the elements of the charges.

2. Pursuant to Fed. R. Civ. Pr. 12(4)(B), Defendant respectfully requests the Court enter an order requiring the Government to file a designation of trial evidence in the next thirty (30) days.

**WHEREFORE**, Defendant Segun Baiyewu respectfully requests that an order be entered requiring the Government to file a designation of trial evidence in the next thirty (30) days.

In San Juan, Puerto Rico, this 16th day of July, 2022

***s/ Carlos M. Sánchez***
Carlos M. Sánchez la Costa, Esq.



Attorney for Defendant Oluwasegun Baiyewu
U.S.D.C. No. 209410
P.O. Box 9023027
San Juan, Puerto Rico 00902
Tel.: 787-729-4646
csanchez@sanchezlawpr.com

    Respectfully submitted,

    David M. Paz
    State Bar No. 24056111
    1001 Texas Ave, Suite 570
    Houston, Texas 77002
    (281) 743-7559
    (281) 377-5047 fax
    pazandassociates@hotmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to AUSA Mercado

_____
David Paz

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>OLUWASEGUN BAIYEWU<br><br>Defendant | CRIM. No. 21-cr-00395-RAM |

## ORDER ON MOTION TO COMPEL DISCOEVRY

On this the day of _____ , 2022, the court considered the Motion for Designation of Evidence of Counsels Carlos M. Sanchez and David M. Paz, and orders that the Government file a designation of trial evidence in the next thirty (30) days.

SIGNED this the _____ day of _____, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

4