16.00
Cm



# OFFICE OF STAN STANART
COUNTY CLERK, HARRIS COUNTY, TEXAS

B532699
09/12/2013 CHIMNEYROCK
$16.00 ASSUMED

## ASSUMED NAME RECORDS
## CERTIFICATE OF OWNERSHIP FOR
## UNINCORPORATED BUSINESS OR PROFESSION

[A beginning character other than a letter or a number, or the last portion of a name that exceeds 57 characters, will not be reflected in the indices. Please print legibly.]

NAME IN WHICH BUSINESS IS OR WILL BE CONDUCTED: _____

**SHIPOPO AUTOS**

BUSINESS ADDRESS **8000 CREEKBEND DR #212**

CITY **HOUSTON**    STATE **TX**    ZIP **77071**

PERIOD (not to exceed 10 years) DURING WHICH ASSUMED NAME WILL BE USED: **10**

BUSINESS IS TO BE CONDUCTED AS (*Check One*): ☒ Sole Proprietorship ☐ Sole Practitioner ☐ Other_____

☐ General Partnership  ☐ Joint Venture  ☐ Joint Stock Company  ☐ Real Estate Investment Trust

I/We, the undersigned, am/are the owner(s) of the above business and my/our name(s) and address(es) given is/are true and correct, and there is/are no ownership(s) in said business other than those listed below.

-NAMES OF OWNERS-

NAME **BAIYEWU, OLUWASEGUN LATEEF**    SIGNATURE X _____

*(print or type)*
Residence Address **8000 CREEKBEND DR #212**

City: **HOUSTON**    State: **TX**    Zip: **77071**

NAME _____    SIGNATURE _____
*(print or type)*
Residence Address _____

City: _____    State: _____    Zip: _____

NAME _____    SIGNATURE _____
*(print or type)*
Residence Address _____

City: _____    State: _____    Zip: _____

If this instrument is executed by an attorney-in-fact, the attorney-in-fact hereby states that s/he/they has/have been duly authorized in writing by his/her principal to execute and acknowledge the same.

THE STATE OF TEXAS §
COUNTY OF HARRIS §

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared _____

**BAIYEWU, OLUWASEGUN LATEEF**

known to me to be the person(s) whose name(s) is/are subscribed to the foregoing instrument and acknowledged to me that s/he/they is/are the owner(s) of the above named business and that s/he/they signed the same for the purpose and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, on **September 12, 2013**

Deputy County Clerk / ~~Notary Public in and for the State of Texas~~

Gayle M. Randler

P.O. Box 1525 ● Houston, TX 77251-1525 ● 713-755-6411
www.cclerk.hctx.net

Form No. D-02-07 (Rev. 01/01/2011)

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