



# Franchise Tax Account Status

As of : 03/29/2023 23:08:34

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| SHIPOPO LLC | |
|---|---|
| Texas Taxpayer Number | 18508507482 |
| Mailing Address | 23810 VILLA LISA DR RICHMOND, TX 77406-2605 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 04/29/2020 |
| Texas SOS File Number | 0803603881 |
| Registered Agent Name | OLUWASEGUN BAIYEWU |
| Registered Office Street Address | 23810 VILLA LISA DRIVE RICHMOND, TX 77406 |