Bank of America Legal Order Processing
Regarding reference number: D051821000146
Court case number: 2021R00251
Court or issuer: UNITED STATES ATTORNEY OFFICE
Court case name: COPART

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) Authority. I, Collins Fawehinmi, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) Records. The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| COPART OF CONNECTICUT, INC. | 6671 | Checks, Deposits w Offsets, Sig card | 01/2020 - 05/2021 |
| COPART INC | 0866 | Checks, Sig Card, Deposits w Offsets | 01/2020 - 05/2021 |
| COPART INC | 8261 | Checks, Sig Card, Deposits w Offsets | 01/2020 - 05/2021 |
| COPART INC | 8280 | Checks, Sig Card, Deposits w Offsets | 01/2020 - 05/2021 |
| HOUSTON COPART SALVAGE AUTO AUCTIONS LIMITED PARTN | 0048 | Checks, Sig Card, Deposits w Offsets | 01/2020 - 05/2021 |
| HOUSTON COPART SALVAGE AUTO AUCTIONS LIMITED PARTN | 9304 | Checks, Sig Card, Deposits w Offsets | 01/2020 - 05/2021 |

3.) Production.
   X      The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.


Date: 06/23/2021_____Signature: Collins Fawehinmi  Digitally signed by Collins Fawehinmi
Date: 2021.06.23 07:39:33 -04'00'

Bank of America Legal Order Processing
Regarding reference number: D053123000533
Court case number: 2020R00813
Court or issuer: UNITED STATES
ATTORNEY'S OFFICE
Court case name:

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) Authority. I, _Tia Cooper_____, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) Records. The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and

   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

| Account title: | Account ending in: | Document type: | Timeframe: |
|---|---|---|---|
| D███ H███ | 1823 | Prepaid Records, Surveillance Video | 2020-08 - 2023-04 |

3.) Production.
  _X_____ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

  _____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date:06/13/2023_____   Signature: *Tia Cooper*   Digitally signed by Tia Cooper Date: 2023.06.13 13:10:23 -04'00'

Bank of America Legal
Order Processing
Regarding reference
number: D053123000422
Court case number: 2020R00813
Court or issuer: UNITED
STATES ATTORNEY'S
OFFICE
Court case name:
COPART

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) Authority. I Kathryn Tunell, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) Records. The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| COPART OF CONNECTICUT, INC. | 6591 | STATEMENT PAGES, DEPOSITS, OFFSETS, CHECKS, SIGNATURE CARD | 2020-01 - 2023-05 |
| COPART OF CONNECTICUT, INC. | 6657 | STATEMENT PAGES, DEPOSITS, OFFSETS, CHECKS, SIGNATURE CARD | 2020-01 - 2023-05 |
| COPART OF CONNECTICUT, INC. | 6671 | STATEMENT PAGES, DEPOSITS, OFFSETS, CHECKS, SIGNATURE CARD | 2020-01 - 2023-05 |
| COPART, INC. | 8461 | STATEMENT PAGES, DEPOSITS, OFFSETS, SIGNATURE CARD | 2021-06 - 2023-05 |
| HOUSTON COPART SALVAGE AUTO AUCTIONS LIMITED PARTN | 0048 | STATEMENT PAGES, DEPOSITS, OFFSETS, CHECKS, SIGNATURE CARD | 2020-01 - 2023-05 |

3.) Production.
  X     The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete

production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: 08/02/2023_____  Signature:_____  Kathryn Tunell  Digitally signed by Kathryn Tunell Date: 2023.08.02 09:17:30 -04'00'



Reference number:<br>
D051523000539<br>
Court case number:<br><br>
Court or issuer:<br><br>
Court case name:

## Declaration of Bank of America Officer and/or Custodian of Records

Before me, the undersigned authority, personally appeared, **Ileana Navarro**, who, being duly sworn by me, deposes and says as follows:

1.  <u>Authority</u>

I, Ileana Navarro, am a duly authorized bank officer and/or custodian of the records of Bank of America, N.A. with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.  <u>Records</u>

The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

- •  Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
- •  Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
- •  Were made and kept by the regularly conducted activity of Bank of America, N.A. as a regular practice, on or about the time of the act, condition or event recorded.

BOA-D051523000539-00000001 through BOA-D051523000539-00000063

3.  <u>Production</u>

✓ ____The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records in our possession responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.  <u>Preparation of Production</u>

The records provided herewith were prepared in the following manner: Retrieval and printing of original records or data maintained in electronic form.

5.  I declare under penalty of perjury that the foregoing is true and correct.

Date: ____06/23/2025____    Signature: ___Ileana Navarro___

Ileana Navarro
Digitally signed by Ileana Navarro
Date: 2025.06.23 09:59:39 -04'00'

**DECLARATION**

**Case No. : 2020R00813**

Teresa Waggoner, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist IV and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 2/14/23

By: _Teresa Waggoner_
    Teresa Waggoner
    Transactions Specialist IV
    JPMORGAN CHASE BANK, N.A.

SB1394834-F2

SUBP10a

## DECLARATION

### Case No. : 2020R00813

Teresa Waggoner, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 12/4/20

By: _Teresa Waggoner_

Teresa Waggoner
Transactions Specialist III
JPMORGAN CHASE BANK, N.A.

SB1181711-F1

SUBP10a



# AFFIDAVIT

**STATE OF TEXAS)**

       **)SS:**

**COUNTY OF BEXAR)**

I, Theresa Lopez, do hereby state and declare as follows:

1. I am an employee of and a duly authorized custodian of the records for Citibank, N.A. (hereinafter "CBNA") and have authority to certify the attached records.
2. The testimony in this affidavit is based upon my personal knowledge, and the facts contained herein are true and correct.
3. The accounts in question are or were owned and issued by CBNA.
4. The attached bank records are copies or duplicates of the available records requested in the subpoena.
5. These records were prepared by the personnel of the business in the ordinary course of business at or near the time of the act, condition or event.
6. Documents attached are in the matter of **2020R00813**, Citibank reference number **LSI-05162023–888483**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 29, 2023 at San Antonio, TX.

             _Theresa Lopez_

             Theresa Lopez, Legal Support Specialist
             Citibank, N.A.

Subscribed and sworn to before me on June 29, 2023.

> LAURIE FREIRE
> Notary ID #11536199
> My Commission Expires
> September 28, 2025

My commission expires 9/28/25

                   Notary Public

12555 Manchester Road
St. Louis, MO 63131-3729
Phone: 314-515-2000
Fax: 888-657-1558
www.edwardjones.com

**Edward Jones**

# BUSINESS RECORDS AFFIDAVIT

STATE OF MISSOURI      )
                            ) ss
COUNTY OF ST. LOUIS    )

Before me, the undersigned authority, personally appeared Sienna Johnson who, being duly sworn, deposed as follows:

My name is Sienna Johnson, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

         Attached hereto is/are _____ CD(s) of records from Edward Jones.
         Attached hereto is/are _____ pages of records from Edward Jones.
    Attached hereto is/are ____x____ electronic files of records from Edward Jones.

I am a designee of Edward Jones' Custodian of Records. These files/pages of records are kept by Edward Jones in the regular course of business, and it was the regular course of business of Edward Jones for an employee or representative of Edward Jones with knowledge of the act or event to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act or event. The records attached hereto are the exact duplicates of the original.

_____
Sienna Johnson
Edward Jones – Legal-Discovery Center



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *emperorautoadvantage@gmail.com,* with Google Ref. No. 5835974 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Taylor Bray_____                    Date: 05/12/21
(Signature of Records Custodian)


     Taylor Bray
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**CERTIFICATE OF AUTHENTICITY**

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *CHRISAUTOSLLC@GMAIL.COM, SEMMYHILLSCONSULTINGLLC@GMAIL.COM, SAMSON.S.MADU@GMAIL.COM, OKWUSCHRISTOPHER842@GMAIL.COM, DALGUMMOTORS@GMAIL.COM, SEYIONI001@GMAIL.COM, BREEZYPROJECTLLC@GMAIL.COM, OKWUS.DWELLINSINTERNATIONAL@GMAIL.COM, UMARKARAGE26@GMAIL.COM,* with Google Ref. No. 32630233 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Grand Jury Subpoena.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

___/s_Jennifer Marquez_____                    Date: March 30, 2023
(Signature of Records Custodian)


        Jennifer Marquez



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

(Name of Records Custodian)

Reference:  SF-126803173

# Certificate of Authenticity
# of Business Records

I, _____ Joseph Castro _____ , declare, pursuant to Title 28, U.S.C. § 1746,
                          (Print Name)

that I am employed by _____ Green Dot Corporation _____ and that my official title or position
                              (Name of Business)

is _____ Law Enforcement Specialist 3 _____ . I further declare that I am a custodian of records
          (Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact

photocopy) of an original record in the custody of _____ Green Dot Corporation _____ .
                                                          (Name of Business)


I further state that:

    1)    Such records were made, at or near the time of the occurrence  of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

    2)    such records were kept in the course of a regularly conducted business activity;

    3)    the business activity made such records as a regular practice; and

    4)    if such records are not the originals, such records are duplicates of the originals.


I declare under penalty of perjury the foregoing is true and correct.


06/06/2023
(Date of Execution)

Joseph Castro
(Print Name)


West Chester, OH
(Place of Execution)

*Joseph Castro*
(Signature)

SENSITIVE MATERIAL

2020R00077 - 046

SF- 45857789

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _Michael J. Menz_, attest, under penalties of perjury by the laws
<sub>Name</sub>
of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by _Green Dot Corp_
<sub>Entity</sub>
(hereinafter "the entity"), and my title is _SR Director_. I am qualified
<sub>Title</sub>
to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and retrieved. I state that the records attached hereto are true

duplicates of the original records in the custody of the provider. The attached records consist of

_1 excel spread sheet w/6 work sheets_. I further state that:
<sub>Generally describe records (pages/CDs or DVDs/megabytes)</sub>

    a.    all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of the entity, and they were made by the entity as a regular practice; and

    b.    such records were generated by the entity's electronic process or system that

produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the

original records; and

        2.    the process or system is regularly verified by the entity, and at all times

pertinent to the records certified here the process and system functioned properly and normally.

2020R00077 - 046

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of

the Federal Rules of Evidence.

_____  
10/30/2024  
Date

_____  
Signature

Reference:   SF-125520207

# Certificate of Authenticity
# of Business Records

I, _____ Joseph Castro _____, declare, pursuant to Title 28, U.S.C. § 1746,
(Print Name)

that I am employed by _____ Green Dot Corporation _____ and that my official title or position
(Name of Business)

is _____ Operations Specialist _____. I further declare that I am a custodian of records
(Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact

photocopy) of an original record in the custody of _____ Green Dot Corporation _____.
(Name of Business)

I further state that:

1) Such records were made, at or near the time of the occurrence of the matters set
forth by (or from information transmitted by) a person with knowledge of those
matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

06/18/2025
(Date of Execution)

Joseph Castro
(Print Name)

West Chester, OH
(Place of Execution)

*Joseph Castro*
(Signature)

**INTUIT**   ● turbotax   ● credit karma   ● quickbooks   ● mailchimp

2550 Garcia Avenue
Mountain View, CA 94043
intuit.com

CERTIFICATION OF DOMESTIC BUSINESS RECORDS

I, Denis Boulankine, the undersigned declarant, hereby declare, certify, verify or state the following:

1.  I am employed by Intuit Inc. as a Program Manager;
2.  I am a records custodian qualified to provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;
3.  The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as:
    INT OB 000001 - INT OB 000219
    _____
    _____
4.  The records are originals or duplicate copies of domestic (United States) business records;
5.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
6.  The records were kept in the course of a regularly conducted business activity; and
7.  The records were made by the regularly conducted business activity as a regular practice.

I hereby declare, certify, verify or state, under penalty of perjury, I am informed and believe that the foregoing is true and correct.

Signature of Declarant & Date: **Denis Boulankine** _Digitally signed by Denis Boulankine_
_Date: 2023.01.27 16:31:53 -05'00'_

Intuit Record No. _56690_



October 15, 2020


Paralegal Specialist Denise L. Benjamin
U.S. Attorney's Office
970 Broad St, 7th Fl
Newark, NJ 07102
Tel: 973-645-2758
Email: denise.benjamin@usdoj.gov


Re: **USAO No. 2020R00077-034**
    **(Adelekan)**


Dear Ms. Benjamin:

Pursuant to your Subpoena, attached please find true copies of the subpoenaed documents. By providing these materials to you in this manner we understand any personal appearance requirement is waived.

Be sure to save and/or print the PDF documents to your files to avoid losing any data.

If you have any questions or need any further information, please contact me directly at 973-924-5116 or by email: rlee@investorsbank.com.

Sincerely,

/s/ *Rachael C. Lee*

Rachael C. Lee
Subpoena Specialist
Legal Division
Investors Bank


**Corporate Office**
101 JFK Parkway • Short Hills, NJ • 07078
855-iBank4U (422-6548) • myinvestorsbank.com

CERTIFICATION OF DOMESTIC RECORDS OF
REGULARLY CONDUCTED ACTIVITY
Pursuant to Fed. R. Evidence 902(11)
and 28 U.S.C. § 1746

The undersigned declarant hereby declares, certifies, verifies or states the following:

1.  The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity that are the subject of this certification.

2.  The records of regularly conducted business activity (hereinafter "Records'), which are the subject of this certification, accompany this certification or as identified as:

    Signature cards
    Overdraft agreement
    Business certificate
    Debit card application
    Business debit card application
    Statements
    Debits
    Credits

3.  The records are originals or duplicate copies of domestic (United States) business records;

4.  The records were (i) made at or near the time of the time of the occurrence of the matters set forth by or from information transmitted by a person with knowledge of those matters, or (ii) received at or near the time of the occurrence of the matters set forth and contemporaneously incorporated into company files;

5.  The records were kept in the course of a regularly conducted business activity; and

6.  The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

/s/ *Rachael C. Lee*
_____
Signature of Declarant

                Rachael C. Lee
_____
Printed Name

                Subpoena Specialist
_____
Title

                Investors Bank
_____
Company Name

                101 JFK Parkway
                Short Hills, NJ 07078
                (973) 924-5116
_____
Business Address and Telephone Number of Declarant
                10/15/20
_____
Date of Declaration/Execution



## CERTIFICATE OF AUTHENTICITY

I, Ricardo Ramirez declare, pursuant to 28 U.S.C. § 1746, that I am employed by MoneyGram Payment Systems Inc., and that my official title or position is Subpoena Operations Manager.

I further state that:

1) The data contained in the records provided with MoneyGram case number 2208US6344 was made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) The data was kept in the course of a regularly conducted business activity; and

3) The business makes records of such data as a regular practice.

I declare under penalty of perjury the foregoing is true and correct.

_____    June 18, 2025
Signature of Deponent                        Date

SWORN TO AND SUBSCRIBED before me on ___18___ day of ___June 2025___.

_____
Notary Public

HELEN GUDIEL DE SORIANO
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2026



**CERTIFICATION STATEMENT**

The undersigned is a duly authorized custodian of records of NAVY FEDERAL CREDIT UNION and has the authority to certify said records. The enclosed is a true copy of all the records described in the Subpoena / Customer Consent / Authorization Form. Said records were prepared by the custodian or the personnel of NAVY FEDERAL CREDIT UNION in the ordinary course of business and were prepared from records which were themselves prepared at or near the time of the act, condition or event.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this day _____ November 8 _____, 2022 in the County of Fairfax, State of Virginia.

BY:               *Alexys Rodriguez*
                                   *(Signature)*

                              Alexys Rodriguez
                                   *(Print or Type)*

Subscribed and sworn to before me on this ___ 6 ___ day of ___ NOV. ___, 2022.
My commission expires: ___ 03/31/24 ___.

                              *Mark Sechler*
                                   *(Notary Public)*

MARK H SECHLER
Notary Public
Commonwealth of Virginia
Registration No. 7643557
My Commission Expires Mar 31, 2024



## CERTIFICATION STATEMENT

The undersigned is a duly authorized custodian of records of NAVY FEDERAL CREDIT UNION and has the authority to certify said records. The enclosed is a true copy of all the records described in the Subpoena / Customer Consent / Authorization Form. Said records were prepared by the custodian or the personnel of NAVY FEDERAL CREDIT UNION in the ordinary course of business and were prepared from records which were themselves prepared at or near the time of the act, condition, or event.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this day April 3, 2023, in the County of Escambia, State of Florida.

BY: *Jessika Goolsby*
                                 *(Signature)*

                   Jessika Goolsby
                              *(Print or Type)*

Subscribed and sworn to before me on this 3rd day of April, 2023.

My commission expires: <u>November 3, 2025</u>


                             *(Notary Public)*

SHARON K. TURNER
Commission # HH 194445
Expires November 3, 2025
Bonded Thru Troy Fain Insurance 800-385-7019



**EMPLOYMENT SECURITY DIVISION**

Unemployment Insurance Support Services

**JOE LOMBARDO**
Governor

**CHRISTOPHER SEWELL**
Director

**LYNDA PARVEN**
Administrator

STATE OF <u>NEVADA</u>          )
                              )
CARSON CITY                   )

The undersigned, being first duly sworn and under penalty of perjury, deposes and says:

1. I am the ESD Program Chief / UISS for the Employment Security Division of the Nevada Department of Employment, Training and Rehabilitation.

2. As ESD Program Chief / UISS, I am the custodian of certain records maintained by the Division.

3. The attached is a true and correct copy of records of the Division pertaining to the following cases:

| S█████ L██ , SSN █████ 3028 | S█████ C█████ , SSN █████-7562 |
| D█████ B████ , SSN █████-8889 | D█████ T████ SSN █████-1505 |
| D██ Z█████ SSN █████-0099 | A████ H██ , SSN █████-0096 |
| M███ B███ , SSN █████-5629 | S███ B████ SSN █████-1059 |
| S████ H█████ SSN █████-4897 | D████ H███ , SSN █████-2269 |
| S██ L███ , SSN █████-6345 | |



Nancy Medina          Date

ESD Program Chief / UISS

Employment Security Division

SUBSCRIBED and SWORN to

before me this 14th of June 2023

Hortencia Sprock
Notary Public

**HORTENICA SPROCK**
NOTARY PUBLIC
STATE OF NEVADA
My Appt. Exp. July. 17, 2024
No. 20-4143-03

## BUSINESS RECORDS DECLARATION

Request for information regarding:        )      **DECLARATION OF**
segunbaiyewu@yahoo.com           )      **ALYSSA ANDERSON**
                                      )

I, Alyssa Anderson, declare:

1. I am a Custodian of Records for Oath Holdings Inc. ("Oath"), located in California. I am authorized to submit this declaration on behalf of Oath. I make this declaration in response to a search warrant dated June 16, 2021, ("the request"). I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. Attached hereto are true and correct copies of the following data in the custody of Oath pertaining to the relevant user account(s) responsive to the request: (1) subscriber details; (2) the dates, times, and Internet protocol addresses for logins and authentication events (if any); (3) content of the email account(s); (4) mail contacts. I further state that:

    a. Oath's servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted, and this data is kept in the course of this regularly conducted business activity, and was made by Oath as a regular practice;

    b. Such records were generated by Oath's electronic processing system(s) that produced an accurate result; and

    c. The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Oath in a manner to ensure that they are true copies of the original records.

3. I further state that this declaration is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

4. Oath may not require or verify user information because it offers many of its services to users for free. The file folder names and structures contained in this production are not business records. To the extent any document attached hereto contained information that exceeded the scope of the request, is protected from disclosure, or is otherwise not subject to production, such information has been redacted or otherwise removed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:     June 24, 2021                                 
                                              Alyssa Anderson, Custodian of Records

RE: tope_semiu@yahoo.com, et al.    )
    )    DECLARATION OF MARK LUDLOW
    )
_____)

I, Mark Ludlow, declare:

1.    I am a Custodian of Records for Yahoo Inc. (Yahoo), located in California. I am authorized to submit this declaration on behalf of Yahoo. I make this declaration in response to a subpoena dated March 24, 2023, ("the request") issued in the above-referenced matter. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.    Attached hereto are true and correct copies of the following data in the custody of Yahoo pertaining to the relevant user account(s) responsive to the request: (1) subscriber details; (2) the dates, times, and Internet protocol addresses for logins and authentication events (if any). I further state that:

a.    Yahoo's servers record this data automatically at the time, or reasonably soon thereafter, it is entered or transmitted, and this data is kept in the course of this regularly conducted business activity, and was made by Yahoo as a regular practice.

b.    Such records were generated by Yahoo's electronic processing system(s) that produced an accurate result; and

c.    The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Yahoo in a manner to ensure that they are true copies of the original records.

3.    I further state that this declaration is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

4.    Yahoo may not require or verify user information because it offers many of its services to users for free. Any user content contained in this production, including file folder names and structures, are not Yahoo business records, although they are being produced by Yahoo's electronic processing system. To the extent any document attached hereto contained information that exceeded the scope of the request, is protected from disclosure, or is otherwise not subject to production, such information has been redacted or otherwise removed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:    <u>April 7, 2023</u>

_____
Mark Ludlow, Custodian of Records

**Regions Bank**
Legal Department
1900 5th Avenue North
23rd Floor
Birmingham, AL 35203



### IN THE MATTER OF
### Oluwasegun Baiyewu; Shipopo Autos; Shipopo LLC
### United States District Court Puerto Rico
### 2020R00813
### Certificate of Origin and Authenticity

The attached records, identified within the requested timeframe of 01/01/2019 to present, are described as follows:

▆▆▆▆0642.zip - statements, checks, deposit, and offsets from 12/21/2020 through 02/18/2021. Account open 12/21/2020 closed 01/22/2021. There are no wires on the account
▆▆▆0642.TIF - signature card

Regions Bank ("Regions"), regularly creates and maintains statements of account for accounts reflected on its records. Those statements are maintained and stored in computerized form. Checks, deposits and other items documenting specific transactions within the individual deposit accounts reflected on Regions' records are maintained in electronic format or copied onto microfilm and maintained and stored in that format. Signature cards, account maintenance documents, correspondence and other documents as Regions may from time to time collect relating to the accounts reflected on Regions' records are maintained and stored in microfilm, original paper form, electronically or some combination thereof. Together, each of the computerized statements of account, microfiche copies and paper records regarding accounts reflected on Regions' records constitute original entries into Regions' business records. Those entries are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto.

Correspondence, credit, collateral, and other general files consist of memoranda or records of acts, transactions, occurrences, or events related to the business of Regions Bank. Such records are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto. Such records are made at the time of such acts, transactions, occurrences, or events, or within a reasonable time thereafter.

It is the regular and usual course of the business of Regions Bank to maintain copies of all items enclosed herewith, in and as a part of Regions' business records. They are true and accurate copies of the papers and records in the bank's files.

Witness my hand and seal on March 14, 2023.

*Kenya Pitts*

Kenya Pitts
Legal Processing Section

SUB-040036

Confidential

# TRUIST HH

FIU-Fulfillment Services
P.O. Box 620577
FL-ORL-7136
Orlando, FL 32809

RE: BAIYEWU, OLUWASEGUN

## CERTIFICATION OF BANK RECORDS

I, IVELISSE BETANCOURT do hereby certify under penalties and perjury that I am the custodian of records for Truist Financial and that the attached documents are true and accurate copies of our business records, maintained, and/or prepared by our company.

It is further certified that the records were made at or near the time of the occurrence of the matters set forth by a person with knowledge of those matters.  The records were made and kept in the course of regularly conducted business activity and it is a regular practice of our company to make and keep such records.

_____
Signature

_____11/3/2022_____
Date



## DECLARATION OF CUSTODIAN OF RECORDS
### (Grand Jury)

Declaration of Custodian of Records
Legal Process Department
MUFG Union Bank, N.A.

Re:     United States District Court
        Subpoena – Grand Jury

In The Matter Of:  D███ L██████

I am the duly authorized Custodian of Records at the Legal Process Department of MUFG Union Bank, N.A. ("Bank") and have the authority to certify the records of the Bank.

The accompanying copies of records generally described below, pertaining to D███ L██████  D███ & S██████ L██████ Living Trust S████ and The D████ and S██████ L██████ Living Trust are true copies of records demanded in the Grand Jury Subpoena dated 09/14/2020.

Signature Card for █████7690
Bank Statements - Period 10-22-2019 through 08-19-2020 for ████7690
Cancelled Checks - Period 10-22-2019 through 08-19-2020 for ████7690
Deposits with Offsets - Period 10-22-2019 through 08-19-2020 for ████7690
Withdrawal Slips - Period 10-22-2019 through 08-19-2020 for ████7690
Purchased Cashier's Check - Dated 04-27-2020, in the amount of $3,500.00 for ████7690
Signature Card for █████1845
Bank Statements - Period 01-01-20018 through 10-05-2020 for ████1845
Cancelled Checks - Period 01-01-20018 through 10-05-2020 for ████1845
Deposits with Offsets - Period 01-01-20018 through 10-05-2020 for ████1845
Withdrawal Slips - Period 10-22-2019 through 08-19-2020 for ████1845
Wire Transfers - Period 01-01-2018 through 10-05-2020 for ████1845
Signature Card for ████5685
Bank Statements - 01-01-2018 through 08-05-2020 for ████5685
Cancelled Checks - 01-01-2018 through 08-05-2020 for ████5685
Deposits with Offsets - 01-01-2018 through 08-05-2020 for ████5685
Withdrawal Slips - 01-01-2018 through 08-05-2020 for ████5685
Wire Transfers - Period 01-01-2018 through 08-05-2020 for ████5685
Surveillance - Branch 0358 - Big Bear - Dated 05-04-2020
Surveillance - Branch 0358 - Big Bear - Dated 05-07-2020
Surveillance - Branch 0358 - Big Bear - Dated 05-12-2020
Surveillance - Branch 0358 - Big Bear -Dated 06-18-2020
IP Addresses - Period 01-01-2018 through 10-20-2020 for D██ L██████

The original records were prepared by the Bank's personnel in the ordinary course of business at or about the time of the act, condition, or event.

DFULLGJ1.2



I certify under penalty of perjury that the forgoing is true and correct.

October 30, 2020

*Alma Mejia-Courtney*
**Custodian of Records**
Digitally signed by Alma Mejia-Courtney

Amanda Saucedo
S1533328

Legal Process Department
P.O. Box 60005
Phoenix, AZ 85082
A member of MUFG, a global financial group

Tel. 323 278 4770

DFULLGJ 1.2

**UnionBank**

A member of MUFG, a global financial group

# D E C L A R A T I O N

City of Tempe
County of Maricopa
State of Arizona

Re:     D█ L██████
        Case Number 2020R00077-036
        U.S. Postal Inspection Service

I am the duly authorized Custodian of Records at the Legal Process Department of MUFG Union Bank,
N.A. ("Bank") and have the authority to certify the records of the Bank.

The accompanying copies of records generally described below, pertaining to L████ Mountainscapes,
Inc. are true copies of records demanded in the subpoena dated 09/14/2020.

Signature Card for █████5800
Statements - Period 01/01/2018 through 08/31/2020 for █████5800
Deposits with Offsets - Period 01/01/2018 through 08/31/2020 for █████5800
Cancelled Checks - Period 01/01/2018 through 08/31/2020 for █████5800
Withdrawal Slips - Period 01/01/2018 through 08/31/2020 for █████5800
Purchased Cashier's Checks - Period 01/01/2018 through 08/31/2020 for █████5800
Wire Transfers - Period 01/01/2018 through 08/31/2020 for █████5800

The original records were prepared by the Bank's personnel in the ordinary course of business at or about
the time of the act, condition, or event.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and
correct.

04/17/2023

_Ruben Romero_
Custodian of Records

Alma Mejia-Courtney
20230413000122





**Walmart**
Save money. Live better.
702 SW 8th Street (MS 0405)
Bentonville, AR 72716-0405

# Legal

Date:    June 23rd 2025

To:    Marc Smith
       Special Agent
       Federal Bureau of Investigation

From:    Yaquelin Withrow
         Investigative Manager
         Wal-Mart Inc. Global Investigations
         2901 SE I Street – MS 0405
         Bentonville, AR  72716-0405

**Re: Case # 2022-08-e0a4-8d9b**

### CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
### PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, Yaquelin Withrow, certify that I am employed by Wal-Mart Inc. and that my official title is Investigative Manager.  I am a custodian of records for Wal-Mart Inc.  I state that each of the records attached hereto is the original record, or a true duplicate of the original record, in the custody of Wal-Mart Inc. and that I am the custodian of the attached records.

I further state that:

1.  All records attached to this certificate were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

2.  Such records were kept in the course of a regularly conducted business activity of Wal-Mart Stores, Inc.; and

3.  Such records were made by Wal-Mart Inc. as a regular practice.

I declare that under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this certificate is intended to satisfy the requirements of Rule 902(11) of the Federal Rules of Evidence

Yaquelin Withrow
Investigative Manager



702 SW 8th Street (MS 0405)
Bentonville, AR 72716-0405

# Legal

Date:    November 18, 2022

To:    Marc Smith                          From:    Hunter Main
       Special Agent                                Investigative Manager II
       Federico Degetau Federal Building           Wal-Mart Inc. Global Investigations
       150 Calle Carlos Chardon                    2914 S I Street
       San Juan, PR 00918                          Bentonville, AR 72716-0405

**RE: WM ID 2022-11-00962-40d3-3162**

## <u>CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS</u>
## <u>PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)</u>

I, <u>Hunter Main</u>, certify that I am employed by <u>Wal-Mart Inc.</u> and that my official title is <u>Investigative Manager</u>.  I am a custodian of records for <u>Wal-Mart Inc.</u>  I state that each of the records attached hereto is the original record, or a true duplicate of the original record, in the custody of <u>Wal-Mart Inc.</u> and that I am the custodian of the attached records.

I further state that:

1.    All records attached to this certificate were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

2.    Such records were kept in the course of a regularly conducted business activity of Wal-Mart Stores, Inc.; and

3.    Such records were made by Wal-Mart Inc. as a regular practice.

I declare that under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this certificate is intended to satisfy the requirements of Rule 902(11) of the Federal Rules of Evidence

_____
*Hunter Main*
Hunter Main
Investigative Manager

# CERTIFICATION UNDER RULE 902(11)
# FEDERAL RULES OF EVIDENCE

I, Angie Housden_____, declare that I am employed by
Employment Security Department_____, which has designated me as the duly
authorized Custodian of Records for the accompanying documents.

I hereby certify that the accompanying documents are authentic business records
of the foregoing company/entity, specifically the records identified as:

*Description of Business Record(s):*

Employment and Unemployment records Jan 2020 - Present for G. S████, C.
M████ and C. M████

and that these documents:

a.    were made at or near the time of the occurrence of the matters set forth by,
or from information transmitted by, a person with knowledge of those matters;

b.    were kept in the course of the regularly conducted activity of the foregoing
company/entity; and

c.    were made in regularly conducted activity as a regular practice of the
foregoing company/entity, or they were records received from others and kept in the
regular course of business, were relied upon by the forgoing company/entity, and were
records of which the foregoing company/entity had a substantial interest in their
accuracy.

I declare under penalty of perjury that the foregoing is true and correct.  Executed
this 18 day of June_____, 20 25___, at

Olympia Washington_____
*City and State*

Housden, Angie    Digitally signed by Housden, Angie
Date: 2023.12.08 10:33:44 -08'00'
_____
*Signature*

Assistant Records Officer_____
*Title*

360-890-3505_____
*Telephone Number*

## WELLS FARGO BANK, NA
## BUSINESS RECORDS DECLARATION

**Wells Fargo Matter Numbers:** WF2023018117

I, Timothy J. Lindquist, declare:

I am a duly authorized and qualified witness to certify the authenticity of the attached records of Wells Fargo Bank, NA (hereinafter "Wells Fargo").

1. I am over the age of 18 years and competent to testify to the facts stated herein.

2. Wells Fargo reserves the right to designate another Custodian of Records as it deems appropriate in the event an actual appearance is required concerning the records produced.

3. Attached hereto are 37 pages of records Bates Stamped WF000001 – WF000037 and 1 Excel workbook

4. The copies of the business records provided are true copies of records maintained by Wells Fargo and are produced pursuant to the request for production of documents issued in the matter of: **Federal Grand Jury 2020R00813**

5. These records were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records, and it was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit information therein to be included in such record.

6. The records enclosed may include copies of documents in the possession of Wells Fargo, but not necessarily created by Wells Fargo personnel or representatives. If such documents are included, it is within the ordinary course of business for Wells Fargo to maintain said documents.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct on this 31st day of May 2023.

Timothy J. Lindquist
Wells Fargo Center
90 South 7th Street, N9305-179
Minneapolis, MN 55479



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

# BUSINESS RECORDS DECLARATION

I, Kim Berning, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 27871015

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Credit Card Statements | XXXXXXXXXXXX2291 | 24 | 24 |
| Checks/Debits | XXXXXX6755 | 9 | 9 |
| WFF Application | XXXXXXXXXXXX3906 | 0 | 0 |
| Application for account ending 3906 is electronic. No images available. | | | |
| WFF Statements | XXXXXXXXXXXX3906 | 26 | 26 |
| Wire Automated | XXXXXX6755 | 4 | 4 |
| Signature Cards | XXXXXX5364 | 3 | 3 |
| Note to Client | | 0 | 0 |
| Unable to locate the following provided accounts - Loans and Safe Deposit Box. Unable to locate the following provided individual - S███ M███████ a/k/a S██████ M█ | | | |
| Signature Cards | XXXXXX6755 | 5 | 5 |
| Wire Automated | XXXXXX5364 | 2 | 2 |
| Deposits with offsets | XXXXXX6755 | 272 | 272 |
| Statements | XXXXXX5364 | 136 | 136 |
| Deposits with offsets | XXXXXX5364 | 211 | 211 |
| Checks/Debits | XXXXXX5364 | 26 | 26 |
| Statements | XXXXXX6755 | 109 | 109 |
| | | **Total Copies Delivered:** | **827** |

Case No: 27871015; Agency Case No: 2020R00813

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Puerto Rico that the foregoing is true and correct according to my knowledge and belief.   Executed on this 3rd day of April, 2023, in the City of Charlotte, State of NORTH CAROLINA.

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.