```
                                              Morning Session: 9:08 AM – 12:00 PM
                                              Afternoon Session: 1:19 PM – 3:51 PM
```

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE RAUL M. ARIAS-MARXUACH, U.S. DISTRICT JUDGE**

Date: August 21, 2025

COURTROOM DEPUTY: Beatriz Garraton              **Criminal 21-395-01 (RAM)**

COURT REPORTER: Robin Dispenzieri

COURT INTERPERTER: N/A

GOVERNMENT INTERPRETER: N/A

========================================================================

|  |  |
|---|---|
| USA | Attorneys:<br>Linet Olinghouse<br>Emily C. Powers<br>Richard Samuel Greene |
| vs. | |
| Oluwasegun Baiyewu | David Paz<br>Carlos M. Sanchez-La-Costa |

========================================================================

**CASE CALLED FOR FOURTEENTH DAY OF JURY TRIAL.**

   Defendant was OB, present in court and did not require the assistance of a court interpreter. The courtroom was open to the public and with the assistance of the CSO, all family members and friends of the defendant interested in being present in the courtroom during trial were accommodated.

   Outside the presence of the jury, housekeeping matters were discussed.

   In the presence of the jury, the following testimony was presented on behalf of the defense:

- **Janette McHard.** Direct. Cross. Re-direct.
- **Oluwasegun Baiyewu.** Direct. Cross. Re-direct.

   Defense rested.

**Jury Trial set to continue on 8/22/2025 at 9:00 AM in Hato Rey Courtroom 7.**

Jury Note #5 and #6 received and addressed.

**Exhibits:**

- Defendant's DD, EE, FF, GG admitted.
- The chats that were conditionally admitted under rule 801(d)2(e) are admitted.

                                                  ***S/ Beatriz Garraton***
                                                  ***S/Marian Ramirez-Rivera***
                                                  Courtroom Deputy Clerk

\*The Court instructed the Court Security Officer (CSO) to provide the jury with morning and afternoon snacks, as well as lunch and/or dinner during deliberations. In addition, the Court will authorize lodging in the San Juan area during proceedings, if requested, for those jurors who live at least 90 miles from the courthouse.\*